In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-404 CV


____________________



HOWARD WILCOX, M.D., Appellant



V.



DAVID TOLIN, Individually and as Representative of the


Estate of Joyce Tolin, and TRESA TOLIN, Individually and 


as next friend of Brandon Tolin and Cassandra Tolin, Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. D-176266






MEMORANDUM OPINION


 The appellant, Howard Wilcox, M.D., filed a motion to dismiss this accelerated
interlocutory appeal. The motion is voluntarily made by the appellant prior to any decision
of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice
of appeal. The motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered February 15, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.